1  **Tricia Wang** (CA Bar No: 178473)
   LAW OFFICES OF TRICIA WANG
2  39159 Paseo Padre Parkway, Suite 205
   Fremont, CA 94538
   Telephone: (510) 791-0232
3  Fax: (510) 791-5609

4  Attorney for Petitioner:  Lin LIU

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Lin LIU, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. C 06 2574 SBA |
| Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations; David Still, District Director of the USCIS, CIS San Francisco District Office | ) NOTICE TO DISMISS; AND ORDER |
| Defendants | ) |

Plaintiff, by and through his attorney of record, hereby files for a voluntary dismissal of the action in light of the adjudication of Plaintiff's naturalization application.

Each of the parties shall bear their own costs and fees.

Date: June 19, 2006                    Respectfully submitted,


                                       _____

                                       TRICIA WANG

                                       Attorney for Plaintiff

1

1

2 ORDER

3 Pursuant to the notice of voluntary dismissal, IT IS SO ORDERED.

4

5
Date: 7/5/06                                    _Saundra B. Armstrong_
6

7 SAUNDRA B. ARMSTRONG

8 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28